UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

GERALD SANDUSKY,                          :

      Petitioner                 :          CIVIL ACTION NO. 3:22-500

  v.                                           :          (MANNION, D.J.)
                                                       (SAPORITO, M.J.)
MELISSA HAINSWORTH, *et al*.,        :

      Respondents              :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the Report of Judge Saporito, **(Doc. 2)**, is **ADOPTED IN PART**, to the extent that it finds the court lacks jurisdiction over the petitioner's habeas petition, **(Doc. 1)**, challenging his conviction;

**(2)** the petitioner's objections to the Report, **(Doc. 4)**, are **OVERRULED IN PART**, regarding the jurisdictional issue, and **SUSTAINED IN PART**, to the extent that the petitioner requests the court to stay his habeas petition until he is resentenced;

- 2 -

**(3)** the petitioner's habeas petition is **STAYED** and held in abeyance pending his resentencing;

**(4)** counsel for the petitioner is directed to advise the court after the petitioner is resentenced so that the court can lift the stay; and

**(5)** the Clerk of Court is directed to **REMAND THIS CASE** to Judge Saporito for further proceedings consistent with the accompanying Memorandum.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 28, 2022**
22-500-01-ORDER