IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD SANDUSKY, | : |
| | : |
| Petitioner, | : |
| v. | : |
| | : No. 3:22-CV-500 |
| MELISSA HAINSWORTH, et al., | : |
| | : (Magistrate Judge Latella) |
| Respondents. | : (Judge Saporito) |

**STATUS REPORT**

Petitioner Gerald Sandusky, by and through his undersigned counsel, respectfully files this status report and represents:

1. On September 19, 2024, the Pennsylvania Superior Court affirmed the trial court's denial for a new trial and his challenge to the costs imposed. See Commonwealth v. Sandusky, Nos. 1059 MDA 2023 & 1060 MDA 2023 (Pa. Super. Ct. Sept. 19, 2024).

2. Mr. Sandusky was represented on that appeal by other counsel.

3. No request for en banc review to the Superior Court and/or petition for allowance of appeal to the Pennsylvania Supreme Court was filed by state court counsel for Mr. Sandusky.

4. However, the undersigned has communicated with counsel representing Mr. Sandusky in state court and they have indicated that they anticipate in the near future filing a subsequent post-conviction motion that will require additional

litigation in the state courts.

5. Consequently, the current stay in these federal habeas proceedings should remain until all of the state court litigation has concluded.

6. The undersigned has spoken with Deputy Attorney General Jennifer Buck and she agrees and concurs with the continued stay of these proceedings.

7. The undersigned counsel will promptly notify the Court when the state court litigation has concluded.

Dated: June 10, 2025

MIELE & RYMSZA, P.C.

By: s/ Edward J. Rymsza

Edward J. Rymsza, Esq.
Pa. I.D. No. 82911
Attorney for Petitioner
125 East Third Street
Williamsport, PA 17701
(570) 322-2113
(570) 322-8813 (facsimile)
rymsza@comcast.net